IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN GULLATT,

    Plaintiff,          No. 2:11-cv-1229 KJN P

   vs.

J. CLARK KELSO, et al.,

    Defendants.       ORDER

_____/

      By order filed May 17, 2011, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On June 21, 2011, plaintiff consented to proceed before the undersigned (dkt. no. 7). The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: June 24, 2011

                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

gull1229.fta

1